FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 1 2023

TAMMY H DOWNS, CLERK
By: _____
DEP CLERK

2023 MAR 31  A 9:37

TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

**CASE NO.** 4:23-cv-00310-BRW-JJV

**Jury Trial:** ☑ Yes ☐ No
**(Check One)**

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Brandon Ray Hubbard
       ADC# 658508

       Address:    Grimes Unit, 300 corrections Drive, Newport, AR 72112

       Name of plaintiff:_____
       ADC#_____

       Address: _____

       Name of plaintiff:_____          This case assigned to District Judge Wilson
       ADC#_____                        and to Magistrate Judge Volpe

       Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Mike Smith
       Position: Sheriff
       Place of employment: Conway County Sheriffs Office
       Address: #30 Southern Valley dr, Morrilton AR 72110
       Name of defendant: Shane West

Position: Jail Administrator

Place of employment: Conway County Sheriffs Office

Address: #30 Southern Valley dr. Morrilton AR 72110

Name of defendant: Officer Yangus

Position: Jailer

Place of employment: Conway County Sheriffs Office

Address: #30 Southern Valley dr. Morrilton AR 72110

Name of defendant: Officer Jones

Position: Jailer

Place of employment: Conway County Sheriffs Office

Address: #30 Southern Valley dr Morrilton AR 72110

II.   Are you suing the defendant in:

   ☐   Official capacity only

   ☐   Personal capacity only

   ☑   Both official and personal capacity

III.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____   No ☑

   B.   If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      ☐   Parties to the previous lawsuit:

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of Judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still

pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV.    Place of Present confinement:  __Arkansas Department of Correction, Grimes Unit, 300 Corrections Drive, Newport, AR 72112__

V.    At the time of the alleged incident(s), were you:
(Check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)

explain: _Was awaiting trial on pending criminal charges + serving a 6 month pv when incident occured,_

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes_____  No __✓__

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
Yes _____  No __✓__

If not, why? Grievance process is done digitally on the kiosk, Kiosk is above accessible height, this is part of claim.

VII.    Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See attachment 1

<u>Complaint</u>                    attachment 1

On 1-6-23 thru 1-13-23 I was a detainee at conway county sheriffs dept/detention center, located at 30 Southern Valley dr. Morrilton AR 72110. This facility is federaly funded and was built after 1996, I was there awaiting a court proceeding scheduled for 1-10-23. I am also a qualified American with a disability that is wheelchair bound (amputee).

On 1-10-23 I informed Shane West in the judges chambers that I could not reach the kiosk, his response was that it didn't matter because the facility was to get tablets in the near future. The kiosk is used to access the digital law library, sick calls, grievence, video visit, commisary & email family members.

Unfortunately on 1-12-23 I was involved in an accident in the shower resulting in injury, had it not been for the kind help of inmates Zachary Watson & Rueben Maxwell I would have had to just lay in the floor injured, they assisted me back to my chair & wheeled me to the intercom system, I then stated that I needed to make an accident/injury report & asked

attachment 1

who the supervising officer was + requested for his help in the matter. Officer Yangus + Officer Jones responded + the incident was explained to them. Officer Yangus said he would make note of it but no action was ever taken.

On 1-13-23 I was transported back to ADC withought ever recieving medical attention. On 3-2-23 I wrote Shane West + asked to file a written grievance + asked for instructions on how to do so, his response to the letter was the grievance process is only available to CCDC inmates.

The incident I am trying to grieve was at a time when I was an inmate at CCDC. I have been neglected + discriminated against because of my disability. Had I been able to reach the kiosk I could have filed a grievance + sought medical attention. On 3-21-23 I sent sheriff Mike Smith a letter stating these facts + asking for his help in the matter. I asked him to help me file a written grievance + to help me recieve medical attention.

attachment 1

As of to date I have not gotten a response to this request nor recieved medical attention. I have exhausted the chain of command process + am asking the courts to step in + help me resolve this cruel + unusual matter!

respectfully submitted,

Brandon Ray Hubbard

Signature Plantiff

VII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

See attatched
2a + 2b

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.
Executed on this 27 day of March , 20 23 .

Signature(s) of Plaintiff(s)

VII, Relief

attatched 2a

I would like the court to award me $250,000.00 for suffering and mental anguish and to sanction/injunctive relief to the administration of Conway Sheriffs office/dept to comply with attatched 2b

Signature Plantiff

# VII. Relief

attatched 2b

1. intake shower has 4" water barrier lip + no shower handles or wall mounted shower chair.
   (a) ADA
   (b) Architectural Barriers ACT

2. Transport van has no wheelchair lift.
   (a) ADA
   (b) Rehabilitation ACT

3. Yard/reck has 1" lip on threshold
   (a) Architectural Barriers Act

4. Barracks has no wall mounted shower chair. + 1" lip on path to shower.
   (a) ADA

5. Dayroom table has no handicapp acess.
   (a) ADA

6. Kiosk is not at wheelchair accesible height + has no option for hearing impaired.
   (a) ADA
   (b) PRLA note, + cannot utilize the grievance process, visitation or medical request

Signature Plantiff

Brandon Hubbard 658508

300 Corrections dr.

Newport AR 72112

ADC
GRIMES
UNIT



quadie
FIRST-C
IMI
$002
03/29/20
043M312

Pro Se Clerk

500 West Capital Ave. Room A-149

Little Rock AR 72201