IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON RAY HUBBARD**                                                                                        **PLAINTIFF**
**ADC #658508**

VS.                                              **4:23-cv-00310-BRW**

**MIKE SMITH, Sheriff,**
**Conway County;** *et al.*                                                                                   **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  (Doc.4.)   No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Therefore, Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted, and this case is CLOSED.   I recommend that, in the future, dismissal of this lawsuit counted as a strike.[1]   And, I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 3rd day of May 2023.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).